**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | No. 05-7337M |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Eduardo Sanchez-Zarate, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Hearing was held January 13, 2006, at which time the Court considered defense counsel's oral Motion To Withdraw as Counsel for defendant Eduardo Sanchez-Zarate in the above captioned case. The Court granted the motion, effective upon appointment of new counsel. The Court has now been advised by the FPD/CJA Panel Coordinator of a new attorney to be appointed. Therefore,

    **IT IS ORDERED** granting Defendant's oral Motion to Withdraw as Counsel.

    **IT IS FURTHER ORDERED** appointing **Neil Clifford LaBarge** from the CJA Panel as court-appointed counsel to represent defendant Eduardo Sanchez-Zarate in the above case for all further proceedings. Counsel's address is: 11 West Jefferson Street, Suite 2, Phoenix, Arizona 85003-0001. Counsel's phone number is: 602-252-4090.

1    **IT IS FURTHER ORDERED** allowing attorney Robert McWhirter of the Federal
2 Public Defender's Office to withdraw from this matter and relieving him of any further
3 responsibility in this case.
4    DATED this 23rd day of January, 2006.

_____
David K. Duncan
United States Magistrate Judge